IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AOI ELECTRICAL, LLC *and* PRO-GARD PRODUCTS, LLC, | ) ) CASE NO. 1:10-CV-00481-TWP-TAB |
| *Plaintiffs*, | ) ) ) HON. TANYA WALTON PRATT |
| v. | ) ) |
| SENSIBLE SOLUTIONS LLC, ROBERT N. BROWN *individually*, ROBERT N. BROWN *d/b/a* SENSIBLE SOLUTIONS LLC, ROBERT N. BROWN *d/b/a* THE AIRBAG SWITCH COMPANY, *and* ROBERT N. BROWN *d/b/a* A.A. AIRBAG ALTERNATIVES, | ) **JURY DEMAND** ) ) ) ) ) ) ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL

The Plaintiffs, AOI Electrical, LLC and Pro-gard Products, LLC, by counsel, and Defendants, Sensible Solutions LLC, Robert N. Brown *individually*, Robert N. Brown *d/b/a* Sensible Solutions LLC, Robert N. Brown *d/b/a* The Airbag Switch Company, and Robert N. Brown *d/b/a* Airbag Alternatives, have entered into a Settlement Agreement ("Agreement") effective as of December 15, 2010.

Therefore, Plaintiffs and Defendants (collectively, the "Parties") stipulate and agree, subject to an Order of the Court dismissing Plaintiff's claims against Defendant with prejudice, that:

1. Plaintiffs' Complaint against Defendants is dismissed with prejudice.

2. Any and all counterclaims asserted by Defendants are dismissed with prejudice.

3.  Each party shall bear its own attorneys fees, expenses, and costs.

STIPULATED AND AGREED TO ON January 3, 2011:

| | |
|---|---|
| /s/ R. Trevor Carter | /s/ Joseph Rompala (w/ permission) |
| **BAKER & DANIELS LLP** | **LEWIS & KAPPES, P.C.** |
| R. Trevor Carter (18562-49) | Peter S. French (16716-49) |
| Daniel M. Lechleiter (25675-49) | Gary P. Price (5821-49) |
| 300 North Meridian Street, Suite 2700 | Joseph P. Rompala (25078-49) |
| Indianapolis, Indiana  46204 | One American Square, Suite 2500 |
| Telephone:  (317) 237-0300 | Indianapolis, Indiana  46282 |
| Facsimile:   (317) 237-1000 | Telephone: (317) 639-1210 |
| E-mail: trevor.carter@bakerd.com | Facsimile:   (317) 639-4882 |
| daniel.lechleiter@bakerd.com | E-mail:  pfrench@lewis-kappes.com |
| | gprice@lewis-kappes.com |
| | jrompala@lewis-kappes.com |
| *Attorneys for Plaintiffs, AOI Electrical, LLC, and Pro-gard Products, LLC* | *Attorneys for Defendants-Counterclaim Plaintiffs, Sensible Solutions LLC, Robert N. Brown individually, Robert N. Brown d/b/a Sensible Solutions LLC, Robert N. Brown d/b/a The Airbag Switch Company, and Robert N. Brown d/b/a A.A. Airbag Alternatives* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2011 the foregoing document was filed electronically, via the Court's CM/ECF system, in compliance with Fed. R. Civ. P. 5(d)(3) and Local Rules 5.1(a), 5.4, 5.8, 5.10, and 5.11.  As such, pursuant to Fed. R. Civ. P. 5(b)(2)(E), Fed. R. Civ. P. 5(b)(3), and Local Rules 5.1(a)(4), 5.4, 5.7(b), and 5.8, the foregoing document was served electronically on all counsel of record, all of whom are registered as Filing Users of the Court's CM/ECF system.  The undersigned further certifies that he has conferred with opposing counsel, Joseph P. Rompala, and has obtained Mr. Rompala's authority to file the foregoing document with his electronic signature hereon.

/s/  R. Trevor Carter